IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-00136-01-CR-W-HFS |
| | ) |
| DREW A. CYWINSKI, | ) |
| | ) |
| Defendant. | ) |

REPORT AND RECOMMENDATION

On September 28, 2022, the Court ordered Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 13) Defendant was examined by Y. Abdelaal, Psy.D, who prepared a report dated December 20, 2022. (Doc. 19)

A competency hearing was held on January 11, 2023. The Government was represented by Assistant United States Attorney Ken Borgnino. Defendant appeared with appointed counsel Ronna Holloman-Hughes. The parties stipulated that Dr. Abdelaal would testify consistent with her report. No additional evidence was presented. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE