IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA    )
    )
Plaintiff,    )
    )
  v.    )    Case No. 22-00136-CR-W-HFS
    )
DREW A. CYWINSKI    )
    )
Defendant.    )

ORDER


Having reviewed the record and noting there is no objection to the Report

and Recommendation (Doc. 23), the R&R is ADOPTED and defendant is

determined to be competent.


_____*/s/ Howard F. Sachs*_____
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

Dated: January 30, 2023
Kansas City, Missouri